# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-1215
_____

DAHLIA HARRISON,

Appellant,

v.

THE DELTONA CORPORATION,

Appellee.

_____

On appeal from the Circuit Court for Washington County.
Timothy Register, Judge.

April 11, 2019

PER CURIAM.

AFFIRMED.

WOLF, BILBREY, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Dahlia Harrison, pro se, Appellant.

H. Matthew Fuqua of Fuqua & Milton, P.A., Marianna, for Appellee.